1

2

3

4

5                    UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF WASHINGTON
6                               AT SEATTLE

7   _____
                                          )
8   In re SUBPOENA TO NON-PARTY           )
    JAMES FILSINGER.                      )    Case No. MC17-0171RSL
9                                         )
    --------------------------------      )
10                                        )
    DANIEL GORDON, *et al.*,              )
11                                        )
                          Plaintiffs,     )
12            v.                          )
                                          )    ORDER TRANSFERRING CASE
13  AMADEUS IT GROUP, S.A., *et al.*,     )
                                          )
14                        Defendants.     )
    _____)

15

16        This matter comes before the Court on non-party James Filsinger's motion to quash

17  subpoena (Dkt. # 1) and the accompanying motion to transfer (Dkt. # 2). The underlying action

18  is pending in the United States District Court for the Southern District of New York, and

19  plaintiffs, who issued the subpoena, do not object to transfer under Fed. R. Civ. P. 45(f).

20        The unopposed motion to transfer is GRANTED. The Clerk is directed to transfer this

21  matter to the United States District Court for the Southern District of New York.

22

23        Dated this 4th day of January, 2018.

24                                           _____

25                                           Robert S. Lasnik

26                                           United States District Judge


ORDER TRANSFERRING CASE